**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7005**

_____

SOMCHAI NOONSAB,

            Plaintiff - Appellant,

      v.

NC GOVERNMENT; W. BROWN; STEPHEN M. RUSSELL, SR.; MELANIE A.
SHEKITA; MAGISTRATE E. RAY BRIGGS; PAUL G. GESSNER; MICHAEL
G. HOWELL; PAUL C. RIDEWOY; DANIEL HORN, Clerk of Court;
TERRI STEWART; ROY COOPER; MR. HOCKEY; CHRISTINA CAMERON
ROEDEO; GOVERNMENT OFFICIALS AND MORE LAW ENFORCEMENT
OFFICERS, LAWYERS AND JUDGES IN SAID CASES,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:16-ct-03122-FL)

_____

Submitted:  October 13, 2016        Decided:  October 18, 2016

_____

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Somchai Noonsab, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Somchai Noonsab appeals the district court's order dismissing without prejudice* his 42 U.S.C. § 1983 (2012) complaint as duplicative. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Noonsab v. NC Gov't, No. 5:16-ct-03122-FL (E.D.N.C. July 8, 2016). We deny Noonsab's motion for a certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED

---

* We conclude this is a final appealable order because Noonsab may not amend his complaint to cure the defect. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 629-30 (4th Cir. 2015) (holding that dismissal without prejudice is not appealable unless "the district court's grounds for dismissal clearly indicate that no amendment could cure the complaint's defects").